# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-50-FDW

| | |
|---|---|
| **CHRISTOPHER LEE MICHELSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **VAN DUNCAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on *pro se* Plaintiff's Notice to Voluntarily Dismiss his Claims Against Defendant Mike Lamb, (Doc. No. 154), and Notice of Inquiry, (Doc. No. 156).

Plaintiff's Notice to Voluntarily Dismiss was docketed on June 13, 2019 stating *verbatim* "Please remove Defendant Mike Lamb from Plaintiff Christopher Lee Michelson's above case at once?" (Doc. No. 154 at 1). On June 20, 2019, the Court entered an Order construing the Notice as a Motion for Voluntary Dismissal against Defendant Lamb without prejudice pursuant to Rule 41(a)(2), and provided Defendants the opportunity to respond. (Doc. No. 155). No response was filed. Therefore, the Motion will be granted and the Clerk of Court will be instructed to terminate Defendant Lamb from this case.

Plaintiff's Notice of Inquiry docketed on July 3, 2019, asks the Court whether he can appeal, in part, the Court's June 3, 2019 Order. Plaintiff appears to be requesting legal advice from the Court. However, the Court may not provide any legal advice. The Notice of Inquiry will therefore be denied.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff's Notice to Voluntarily Dismiss his Claims Against Defendant Mike Lamb,

1

(Doc. No. 154), is **GRANTED**.

 2. Plaintiff's Notice of Inquiry, (Doc. No. 156), is **DENIED**.

 3. The Clerk of Court is instructed to terminate this action as to Defendant Lamb.

Signed: October 1, 2019

Frank D. Whitney
Chief United States District Judge