# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### 1:17-cv-50-FDW

| | | |
|---|---|---|
| **CHRISTOPHER LEE MICHELSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **MARK GAGE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff's *pro se* "Motion of Inquiry," (Doc. No. 175), and Motion for Reconsideration, (Doc. No. 176).

Plaintiff initiated this civil rights suit pursuant to 42 U.S.C. § 1983 *pro se*, but he is now represented by counsel. See (Doc. No. 174). There is no right to "hybrid representation" in which defendant is represented both by himself and by counsel. McKaskle v. Wiggins, 465 U.S. 168, 183 (1984); see Cain v. Peters, 972 F.2d 748, 750 (7th Cir.1992) (representation by counsel and self-representation are mutually exclusive entitlements in light of McKaskle ). Counsel has not adopted Plaintiff's *pro se* filings, and therefore, they will be stricken.

**IT IS, THEREFORE, ORDERED** that:

Plaintiff's *pro se* Motion of Inquiry, (Doc. No. 175), and Motion for Reconsideration, (Doc. No. 176), are **STRICKEN** as an unauthorized *pro se* filings.

Signed: November 18, 2019

Frank D. Whitney
Chief United States District Judge

1