# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-50-FDW

| | |
|---|---|
| **CHRISTOPHER LEE MICHELSON,** | )<br>) |
| **Plaintiff,** | )<br>) |
| vs. | )<br>) **ORDER** |
| **VAN DUNCAN, et al.,** | )<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER** comes before the Court on Plaintiff's *pro se* "Motion Requesting that this Honorable Court Might Seek a Volunteer Lawyer to Assist Plaintiff at Trial Within Another Jurisdiction," (Doc. No. 171).

Plaintiff's Motion is moot insofar as volunteer counsel has now entered an appearance on his behalf. (Doc. No. 174). Plaintiff's request to change venue is completely unsupported, has not been adopted by counsel, and will be denied.

**IT IS THEREFORE ORDERED** that Plaintiff's *pro se* Motion, (Doc. No. 171), is **DENIED**.

Signed: November 25, 2019

Frank D. Whitney
Chief United States District Judge

1