**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17-cv-50-FDW**

| | |
|---|---|
| **CHRISTOPHER LEE MICHELSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **VAN DUNCAN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** comes before the Court on its own motion. The Court has determined that the Pretrial Conference presently set for December 4, 2019, and the Trial presently set for the term beginning January 6, 2020, will be continued. The Pretrial Conference and Trial will be rescheduled for dates to be determined in a future order.

**IT IS THEREFORE ORDERED** that:

1. The Amended Writ of Habeas Corpus ad Testificandum, (Doc. No. 166), is **VACATED**.

2. The Pretrial Conference set for December 4, 2019 and the Trial set for the term beginning January 6, 2020 are **CONTINUED**.

3. The Clerk of Court is directed to mail a copy of this Order to all parties, the U.S. Marshal for the Western District of North Carolina, and the Warden/Superintendent of the Buncombe County Detention Facility, 20 Davidson Dr., Asheville, NC 28801.

Signed: December 2, 2019

Frank D. Whitney
Chief United States District Judge