# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-50-FDW

| | |
|---|---|
| CHRISTOPHER LEE MICHELSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>VAN DUNCAN, et al., )<br>)<br>Defendants. )<br>_____) | **<u>AMENDED ORDER</u>** |

**THIS MATTER** is before the Court *sua sponte* with regards to the trial schedule.

The pretrial submission deadlines and rules set forth in the Court's prior Order, (Doc. No. 183), remain in effect. However, the trial date is being moved up by one day. The parties must be present for docket call and jury selection to take place at **9:00 AM on Monday, March 2, 2020** in Courtroom 1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC.

**IT IS SO ORDERED**.

Signed: February 5, 2020

_____
Frank D. Whitney
Chief United States District Judge