UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cv-00050-FDW

| | |
|---|---|
| CHRISTOPHER LEE MICHELSON, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| VAN DUNCAN, ET AL., | ) |
| Defendants. | ) |

THIS MATTER is before the Court on Defendant Stephen Coon's Motion to Dismiss (Doc. No. 186). Also before the Court is the Unopposed Motion to Continue Docket Call/Trial, submitted by Plaintiff (Doc. No. 187).

Based solely on the filing of Defendant's Motion to Dismiss, the original trial date is DELAYED. If this case is not disposed based on the motion to dismiss, an alternate trial date on or about March 17, 2020 shall be set by future order.

The Clerk of Court is respectfully DIRECTED to send a copy of this Order to all parties, the U.S. Marshal, and the Warden/Superintendent of the Buncombe County Detention Facility, 20 Davidson Dr., Asheville, NC 28801.

IT IS SO ORDERED.

Signed: February 20, 2020

Frank D. Whitney
Chief United States District Judge

1