# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 1:17-cv-50-FDW

| | |
|---|---|
| CHRISTOPHER LEE MICHELSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| VAN DUNCAN, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte*. Plaintiff's trial, previously scheduled for March 2, 2020, has been delayed pursuant to Defendant's filing of a Motion to Dismiss. (Doc. No. 188). Therefore, the Amended Writ for Plaintiff's appearance on March 2, (Doc. No. 185), will be vacated.

**IT IS THEREFORE ORDERED** that:

1. The Amended Writ of Habeas Corpus ad Testificandum, (Doc. No. 185), is **VACATED**.

2. The Clerk is respectfully directed to mail a copy of this Order to all parties, the U.S. Marshal for the Western District of North Carolina, and the Warden/Superintendent of the Buncombe County Detention Facility, 20 Davidson Dr., Asheville, NC 28801.

Signed: February 25, 2020

Frank D. Whitney
Chief United States District Judge

1