IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00050-MR

| | |
|---|---|
| CHRISTOPHER LEE MICHELSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| VAN DUNCAN, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on *pro se* Plaintiff's "Motion to Report a Possible Attempted Murder and Requesting this Court to Report the Facts of this Possible Crime to the State of North Carolina to Investigate" [Doc. 227].

The incarcerated Plaintiff filed this civil rights action alleging that several law enforcement officers failed to protect him from an assault by another inmate at the Buncombe County Detention Facility ("BCDF") on March 20, 2016 that was in response to Plaintiff's work as a confidential informant. [Doc. 1].

The Amended Complaint passed initial review as to three Defendants. [Docs. 15, 19, 20]. Plaintiff voluntarily dismissed the action as to one of these Defendants, and the other two Defendants prevailed on Motions to Dismiss,

and the case was closed. [See Docs. 106, 154, 155, 197]. Plaintiff filed an appeal that is presently pending, Fourth Cir. Case No. 20-6480.

Plaintiff subsequently filed a number of *pro se* Motions, several of which sought reconsideration and attempt to relitigate his civil rights claims. [See Docs. 202, 203, 204, 220]. All of these Motions have been denied. [Doc. 206, 226].

In Plaintiff's present Motion, he again reasserts his civil rights claims and states that, "as an officer of the law being a Judge you must turn this information over to the State of North Carolina for possible charges" in relation to the March 20, 2016 assault. [Doc. 227 at 2].

Plaintiff has not stated any basis for relief whatsoever, and the matter before the Court is closed. Plaintiff is cautioned that the continued vexatious filing of frivolous pleadings may result in the imposition of sanctions.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion to Report a Possible Attempted Murder and Requesting this Court to Report the Facts of this Possible Crime to the State of North Carolina to Investigate" [Doc. 227] is **DENIED**.

**IT IS SO ORDERED**.

Signed: July 13, 2020

_____
Martin Reidinger
Chief United States District Judge

2

Case 1:17-cv-00050-MR   Document 228   Filed 07/13/20   Page 2 of 2